|   |   |   |
|---|---|---|
| 1 | **IN THE UNITED STATES DISTRICT COURT** | |
| 2 | **FOR THE EASTERN DISTRICT OF CALIFORNIA** | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:08-CR-00067 LJO |
| | Plaintiff, | |
| | vs. | CLARIFICATION AND RULING ON OBJECTION TO COURT'S TIME RESTRAINTS ON EVIDENTIARY HEARING |
| SONIA IMASCO, RAMON OCHOA, ANGEL IVAN SANCHEZ, | | |
| | Defendants. | |

The Court has received and reviewed Defendant Angel Ivan Sanchez's Objection to the time restraints placed on the questioning of the out-of-town police officer witness.

The Court clarifies its prior order: it is the defendants who will have the 90 minutes (twice what the Court is allowing for the Government) to question the officer.

The Court overrules the objection. This is not trial, and is not to be used as a discovery device. This is an evidentiary hearing on a motion to suppress. The issues involved with the testimony of the officer are fourfold:

1) Probable cause to detain (i.e. the traffic stop);

2) The legality of the secondary detention (after the traffic warning was issued);

3) The legality of the search and seizure.

4) Standing to bring the motion.

The Court finds that 90 minutes of examination given to Defense Counsel is generous for a well-prepared and non-repetitive questioner/s. Each District Judge in this District has more than 1000 cases, hundreds more than the nearest District statistically. We are obligated to determine fairness and reasonableness on time restraint issues, and that is what has been done here. Notice is properly given to be prepared and efficient. The time restrictions will be followed strictly.

IT IS SO ORDERED.

**Dated: May 7, 2009**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE