W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
Telephone: (559) 442-0634
Facsimile :  (559) 233-6947


Attorney for ANGEL IVAN SANCHEZ


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No CRF-08-0067 LJO |
| | ) | |
| Plaintiffs, | ) | **DEFENDANT ANGEL IVAN** |
| | ) | **SANCHEZ' NOTICE OF APPEAL** |
| vs. | ) | |
| | ) | |
| ANGEL IVAN SANCHEZ, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ANGEL IVAN SANCHEZ,  by and through his attorney, W.  SCOTT QUINLAN, hereby

appeals the Sentence entered on or about September 25, 2009 in the above captioned matter, in

the United States District Court for the Eastern District of California, Fresno Division.  This

appeal is made to the Ninth Circuit Court of Appeal pursuant to 28 U.S.C. § 1291 and 18 U.S.C.

§ 3742.


Dated:    September 29, 2009                          Respectfully submitted,




                                                   /s/ W. Scott Quinlan
                                            W. Scott Quinlan, Attorney for Defendant
                                            ANGEL IVAN SANCHEZ