# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00067 LJO |
| Plaintiff, | ORDER ASSIGNING DEFENDANT PRO PER STATUS |
| vs. | |
| RAMON OCHOA | |
| Defendant. | |

Defendant Ramon Ochoa has requested to be relieved of appointed counsel and to represent himself in propria personna. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective September 25, 2009:

    RAMON OCHOA

    Booking Number 0816375, JID #1727573

    Fresno County Jail

    P.O. Box 872

    Fresno CA 93712

2. A copy of this order shall be served on Law Library, Fresno County Jail, P.O. Box 872, Fresno, CA 93712.

IT IS SO ORDERED.

**Dated:  October 2, 2009**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1