# UNITED STATES DISTRICT COURT
Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Ramon Ochoa     **Docket Number:**   0972 1:08CR00067

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   2/26/2010

**Original Offense:** 18 U.S.C. § 922(g)(1), 924(a)(2), and 924(e), and 18 USC 2, Felon in Possession of Firearms and Ammunition, and Aiding and Abetting  (CLASS C FELONY)

**Original Sentence:** 70 months BOP; 36 months TSR; $100 SA

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Mental Health Treatment
Community Service
Aftercare Co-payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   4/17/2013

**Other Court Actions:**

 **04/04/2013:**     Probation Form 12B, Petition to Modify the Conditions or Term of Supervision, filed with the Court to include reside in and participate in the Residential Reentry Center (RRC) for a period up to 180 days.

**09/16/2013:**     Probation Form 12B, Petition to Modify the Conditions or Term of Supervision, filed with the Court to include Abstain from the use of synthetic Cannabis.

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside and participate in a residential community corrections center, Turning Point, in California, for a period of up to 180 days; said placement shall commence on the direction of the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.**

**Justification:** In August of 2013, the offender moved to Corcoran, California, to reside with his parents. The offender reported his living situation is unstable. He stated that he and his mother have been having many disagreements where she yells and screams at him. He indicated on one occasion she physically struck him on the face. The offender is unemployed and has no source of income to support himself.

Given these circumstances, this officer believes placement at the RRC will be beneficial for the offender. The RRC will provide the offender with much needed resources, employment options, and a more stable living environment

Respectfully submitted,

/s/ Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone:

**DATED:** 1/13/2014

Reviewed by,

/s/ Ben J. Blankenship
**BEN J. BLANKENSHIP**
**Senior United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

CC:

United States Probation

Assistant United States Attorney: Karen A. Escobar

Defense Counsel: Stephen Mensel

IT IS SO ORDERED.

Dated:  **January 13, 2014**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE