# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     *Plaintiff*, )<br>)<br>vs. )<br>)<br>RAMON OCHOA )<br>)<br>     *Defendant*. )<br>_____ ) | **NOTICE OF APPEAL**<br><br>No.   **1:08-cr-00067-LJO-2** |

Notice is hereby given that RAMON OCHOA, appeals to the United States Court of Appeals for the Ninth Circuit from the:

    (  )    Conviction only (Fed. R. Criminal P. 32(b))
    (  )    Conviction and Sentence
    ( X )    Sentence only
    (  )    Order (specify):

Bail Status:

                                            /s/ RICHARD A. BESHWATE, JR.
                                                Attorney at Law
                                                2020 Tulare Street  Suite A
                                                Fresno, California 93721

                                                (559) 266-5000

                -------------------------------------------------

Name of Court Reporter:
Transcript - Required:         ( ) YES       ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)